WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JOSE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ALVAREZ,

Defendant.

CASE NO. 2:26-MJ-00104

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DETENTION HEARING**

Date: July 21, 2026
Time: 2:00 p.m.
Court: Hon. Allison Claire

Defendant, JOSE ALVAREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter was set for a detention hearing on July 21, 2026. By this stipulation, Defendant Jose Alvarez moves to continue the status conference to July 24, 2026.
2. Undersigned defense counsel was appointed as counsel for the defendant on July 17, 2025.
3. Scheduling a confidential visitation room at Sacramento County Main Jail was complicated by Defendant's housing in the medical unit. Given complications with scheduling, a Pretrial Services interview was not possible until late Monday.
4. Unforeseen issues related to communication with Mr. Alvarez' family prevented Pretrial Services Officer from confirming information and speaking to his family regarding potential bond.

5. Defense counsel requests that the presently set detention hearing be continued to allow for a meaningful consideration of release conditions by Pretrial Services.

Dated: July 22, 2026

*/s/ William F. Portanova*

______________________________
WILLIAM F. PORTANOVA
Attorney for Defendant
JOSE ALVAREZ

Dated: July 22, 2026

ERIC GRANT
United States Attorney

*/s/ Charles Campbell*

By: ___________________________
CHARLES CAMPBELL
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the detention hearing, scheduled for July 21, 2026, is vacated. A new detention hearing is scheduled for July 24, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE