WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JOSE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALVAREZ,<br>Defendant. | CASE NO. 2:26-CR-00137-DJC<br>**STIPULATION AND ORDER CONTINUING ARRAIGNMENT**<br>Date: July 31, 2026<br>Time: 2:00 p.m.<br>Court: Hon. Carolyn Delaney |

Defendant, JOSE ALVAREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. Mr. Alvarez is presently set for arraignment on a recently filed criminal indictment on July 31, 2026. Mr. Alvarez is also presently set to appear for a bail review hearing on August 5, 2026.
2. Mr. Alvarez suffers from a number of health conditions which urrently leave him wheelchair-bound and unable to walk even short distances.
3. In view of the complications posed by transport from Sacramento Main Jail medical unit to the federal courthouse, the U.S. Marshal's Service requested, if the parties agreed, that the arraignment set for July 31, 2026 be moved to the same calendar as the August 5, 2026 bail review.
4. In light of the difficulties involved in transport, both for the Marshals as well as for

defendant Alvarez, defense counsel asks that arraignment be continued to August 5, 2026 at 2:00 p.m.

5. The government does not oppose this request.

Dated: July 30, 2026

*/s/ William F. Portanova*

WILLIAM F. PORTANOVA
Attorney for Defendant
JOSE ALVAREZ

Dated: July 30, 2026

ERIC GRANT
United States Attorney

By: */s/ Charles Campbell*

CHARLES CAMPBELL
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the arraignment hearing, scheduled for July 31, 2026, is vacated. A new arrraignment hearing is scheduled for August 5, 2026, at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 30, 2026

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE