UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 11, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ALVAREZ,

Defendant.

Case No. 2:26-cr-00137-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSE ALVAREZ, Case No. 2:26-cr-00137-DJC, Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

- ___ Release on Personal Recognizance
- x Bail Posted in the Sum of $ 55,000.00
  - x Unsecured Appearance Bond $ 5,000.00 cosigned by Vanessa Vazquez
  - x Secured Appearance Bond $50,000 secured property bond by Juan Vazquez Rodriguez
  - ___ Appearance Bond with Surety
  - ___ Corporate Surety Bail Bond
  - x (Other): Release delayed until 9/14/2026 at 8:00 AM to the third-party custody of Juan Vazquez Rodriguez and with terms as stated on the record. Following release, Defendant must report to the Pretrial Services Office in Sacramento.

Issued at Sacramento, California on September 11, 2026, at 11:00 AM

By: [signature]

Magistrate Judge Sean C. Riordan