WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JOSE ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE ALVAREZ,

Defendant.

CASE NO. 2:26-CR-00137-DJC

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

Date: November 5, 2026
Time: 9:00 a.m.
Court: Hon. Daniel J. Calabretta

Defendant, JOSE ALVAREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for a status conference on Novemver 5, 2026. By this stipulation, Defendant Jose Alvarez moves to continue the status conference to December 17, 2026.
2. Defense counsel is set to begin a two week jury trial in Sacramento Superior Court on November 2, 2026, creating a significant conflict for the presently set status conference.
3. Additionally, defense counsel requests that the presently set status conference be continued to allow for a meaningful discussion of the government's evidence with the defendant and the government.
4. Based on the above-stated facts, Defendant requests the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

5. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the period of November 5, 2026, up to December 17, 2026, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T4].

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

Dated: October 29, 2026

*/s/ William F. Portanova*

WILLIAM F. PORTANOVA
Attorney for Defendant
JOSE ALVAREZ

Dated: October 29, 2026

ERIC GRANT
United States Attorney

By: */s/ Charles Campbell*

CHARLES CAMPBELL
Assistant United States Attorney
(Per email authorization)

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATIONS OF THE PARTIES, it is hereby ORDERED that the status conference, presently scheduled for November 5, 2026, is vacated. A new status conference is scheduled for December 17, 2026, at 9:00 a.m.

The Court further finds, based on the representations of the parties, that the ends of justice served by continuing the case as requested outweigh the best interests of the public and the Defendants in a speedy trial.

Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv), Local Code T4, to allow necessary preparation for potential plea resolution, taking into consideration the exercise of due diligence, for the period from November 5, 2026, up to and including December 17, 2026.

IT IS SO ORDERED.

Dated: October 30, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE